UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINALD L. SPEARS

VERSUS

MITCH UNDERWOOD, ET AL

CIVIL ACTION

NO. 11-595-BAJ-SCR

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 28, 2011 (doc. 5). Plaintiff has filed an objection (doc. 6) which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint is hereby dismissed as frivolous and for failure to allege a physical injury pursuant to 42 U.S.C. § 1997e(e), and without leave to amend.

Baton Rouge, Louisiana, October 31, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA